IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No: |
| | : | |
| v. | : | |
| | : | |
| JOSEPH XIE, | : | Violation: |
| | : | 16 U.S.C. Sections 3372(a)(1), 3373(d)(2). |
| Defendant. | : | |
| | : | (Lacey Act Trafficking) |

# I N F O R M A T I O N

The United States informs the Court:

On or about December 2, 2004 through June 20, 2005, in the District of Massachusetts, and elsewhere, the defendant, JOSEPH XIE, in violation of Title 16, United States Code, Sections 3372(a)(1) and 3373(d)(2), knowingly received, acquired and purchased fish imported from Vietnam, specifically *Pangasius hypophthalmus*, commonly known as basa or Vietnamese catfish, for approximately $14,955, when defendant should have known in the exercise of due care that the fish had been taken, possessed, transported and sold in violation of and in a manner unlawful under United States law, specifically Title 18, United States Code, Sections 541, 542 and 545 and Title 21 United States Code Sections 331(c), 333(c)(2), and 343(a)(1), in that the fish was falsely labeled as sole to avoid detection by authorities as being a fish subject to tariff duties, and was imported by payment of less than the amount of duties legally owed.

JEFFREY A. TAYLOR
Attorney of the United States in
and for the District of Columbia
Bar No. 498610

BY:    __/s/_____
OPHER SHWEIKI
Assistant United States Attorney
Bar No. 458776

Federal Major Crimes Section
555 4th Street, N.W., Room 4239
Washington, DC 20530
(202) 353-8822
Opher.Shweiki@usdoj.gov


   /s/
MARY DEE CARRAWAY
North Carolina Bar No. 19864
Trial Attorney
U.S. Dept. of Justice, ENRD-ECS
601 D St., NW
Washington, D.C. 20004
(202) 305-0373
Mary.Dee.Carraway@usdoj.gov