UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

JOSEPH XIE

Criminal No. 08-191 (RMC)

**FILED**
AUG - 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### WAIVER OF INDICTMENT

I, _JOSEPH XIE_, the above named defendant, who is accused of:

**16 U.S.C. Sections 3372(a)(1), 3373(d)(2) Lacey Act Trafficking**

being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on **August 1, 2008** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

_____
Rosemary M. Collyer
United States District Judge

1 Aug 2008