UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

JOSEPH XIE                                    Criminal No. 08-191 (RMC)

**WAIVER OF TRIAL BY JURY**

FILED
AUG - 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

With the consent of the United States Attorney and the approval of the Court, the defendant waives its right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:
_____
Assistant United States Attorney

APPROVED:

_____
Rosemary M. Collyer
United States District Judge

Dated: 1 Aug 2008