UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08- cr-00191 (RMC) |
| v. | : | **FILED** |
| JOSEPH XIE | : | AUG - 1 2008 |

**WAIVER OF VENUE**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, Joseph Xie, having been advised by counsel of my right pursuant to the Sixth Amendment to the Constitution of the United States and Fed. R. Crim. P. 18, to be prosecuted and tried for the offense of Lacey Act Trafficking, in violation of 16 U.S.C. §§ 3372(a)(1) and 3373(d)(2), as charged in Count One of the Information, within the District of Massachusetts, after consultation with counsel, knowingly and voluntarily consent to being prosecuted for that offense in the District of Columbia.

_____
Joseph Xie
Defendant

_____
Jensen Barber, II
Counsel for Defendant