IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 08-191(RMC) |
| v. | : |
| JOSEPH XIE, | : |
| Defendant. | : |

FILED
AUG - 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### FACTUAL PROFFER
### IN SUPPORT OF GUILTY PLEA

The United States Attorney's Office for the District of Columbia, and the Environmental Crimes Section, Environment & Natural Resources Division, U.S. Department of Justice (collectively "the United States"), respectfully submits this statement of facts which the United States would have presented if this matter had gone to trial.

On or about December 2, 2004, on behalf of Agar Supply Co., Inc., defendant, Joseph Xie, purchased and received, from Blue Ocean Seafood Corporation, a Virginia corporation, food, specifically fish imported from Vietnam, for a total of approximately $12,375. On or about April 12, 2005, on behalf of Agar Supply Co., Inc., defendant purchased and received, from Virginia Star Seafood Company, a Virginia corporation, food, specifically fish imported from Vietnam, for a total of approximately $105. On or about June 20, 2005, defendant purchased and received from Silver Seas Company, a Virginia corporation, food, specifically fish imported from Vietnam, for a total of approximately $2,475.

In each of the purchases set forth above, defendant, on behalf of his employer, ordered and received a species of fish commonly known as basa (scientific name *Pangasius hypophthalmus*), aka Vietnamese catfish, knowing that the fish would be labeled as some other species, specifically sole.

The defendant, on behalf of his employer, subsequently sold the fish to various purchasers invoiced as sole or basa sole fillet.

*Pangasius* species imported from Vietnam are subject to an anti-dumping duty of up to 63.88%. Sole is not subject to any anti-dumping duties. The defendant was aware that there was a duty for basa.

The government's evidence would show beyond a reasonable doubt that the fish defendant purchased on behalf of Agar Supply Co., Inc., all had been imported into the United States falsely labeled as sole and without the payment of the duty legally due.

In the exercise of due care, defendant should have known that the fish he was receiving and purchasing had been imported contrary to law.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    United States Attorney

    */s/ Mary Dee Carraway*
    MARY DEE CARRAWAY
    (202) 305-0373
    Mary.Dee.Carraway@usdoj.gov
    Trial Attorney
    U.S. Dept. of Justice
    ENRD-ECS
    601 D St., NW
    Washington, DC 20004

## Defendant's Acceptance

    I have read this Factual Proffer in Support of Guilty Plea and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

_____      _____
Date                                      Joseph Xie

## Defense Counsel's Acknowledgment

    I am Joseph Xie's attorney. I have reviewed every part of this Factual Proffer in Support of Guilty Plea with him. It accurately and completely sets forth the Factual Proffer agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

7/14/08                                   _____
Date                                      Jensen E. Barber, II, Esq.