UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | |
|---|---|
| vs. | C Nº: 1:08-cr-00191 (RMC) |
| JOSEPH XIE      Defendant | |

**FILED**
AUG 14 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon consideration of Defendant Xie's *Motion to Vacate Travel Restrictions* and any response thereto, it is this 14 day of August 2008, hereby,

**ORDERED** that the requested relief is **GRANTED** and it is further,

**ORDERED** that Mr. Xie shall call the Probation Department every two days during his absence and return his passport to counsel within one week of his return to the United States

SO ORDERED.

_____
THE HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT COURT JUDGE